UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:                                                          Chapter 11

Hello Nostrand LLC,                                             Case No. 24-22192 (SHL)

                              Debtor.
-------------------------------------------------------x

## NOTICE OF FEE RATE CHANGE

J. Ted Donovan declares under penalties of perjury pursuant to 28 U.S.C. § 1746:

1.      I am an associate with the firm of Goldberg Weprin Finkel Goldstein LLP (the "Firm"), bankruptcy counsel to Hello Nostrand LLC (the "Debtor"). I respectfully submit this Declaration in support of my Firm's increase in its hourly rates for professional services, which will be effective February 2, 2025, in the absence of any objection.

2.      The Firm's billing rates for bankruptcy matters are being increased from $575.00 to $650.00 per hour to $605.00 to $785.00 per hour for partner time, and from between $275.00 to $500.00 to between $380.00 to $560.00 for associate time. The hourly rate for paralegal services will remain as between $85.00 to $120.00 per hour.

3.      The new hourly rates are the same as fees charged by the Firm for non-bankruptcy matters and are consistent with other firms regularly practicing before the Bankruptcy Courts for the Eastern and Southern District of New York.

Dated: New York, NY
            January 22, 2025                        /s/ J. Ted Donovan

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                                          Chapter 11

Hello Nostrand LLC,                                                 Case No. 24-22192 (SHL)

                                    Debtor.
-------------------------------------------------------------x

## DECLARATION OF SERVICE

I, Angela Bernabe, declare under the penalties of perjury pursuant to 28 U.S.C. § 1746:

On January 22, 2025, I caused to be served the annexed Notice of Fee Rate Change on

the Debtor and the Office of the United States Trustee by regular mail by causing a true copy of

same, enclosed in a prepaid envelope properly addressed to such persons and/or entities at the

addresses set forth below to be deposited in an official depository under the exclusive care and

custody of the United States Postal Service within the State of New York:

Hello Nostrand LLC                          Greg M. Zipes
17 Tokay Ln                                     Office of the United States Trustee
Monsey, NY 10952-1702               Alexander Hamilton Custom House
Attn: Lee E. Buckwald                    One Bowling Green, Room 510
                                                       New York, NY 10004-1408

Dated: New York, New York
           January 22, 2025

                                                       Angela Bernabe