UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x

In re:                                                          Chapter 11

Hello Nostrand LLC,                                             Case No. 24-22192 (SHL)

                        Debtor.

-------------------------------------------------------------x

Hello Nostrand LLC,                                            Adv. Pro. No. 24-07031 (SHL)

                Debtor-Plaintiff,

        -against-

"John Doe 1 through 30" and "Jane Doe 1
through 30", being the unknown occupants of
apartments 109, 301, 306, 307, 308, 309, 313,
415, 500, 501, 503, 505, 506, 602, 603, 605, 607,
610 and other apartment units located at 21 East
29th Street, Brooklyn, New York,

                Defendants.

-------------------------------------------------------------x

## AGENDA FOR FEBRUARY 25, 2025 HEARINGS

        Hello Nostrand LLC (the "Debtor") respectfully submits this Agenda for hearing scheduled

on February 25, 2025.  As set forth below, the Debtor intends to proceed with its motion for

injunctive relief, but will request an adjournment of the hearing on confirmation of the Chapter 11

plan.  Notwithstanding the foregoing, counsel for the Debtor and the Debtor's representative still

intend to appear in person to present testimony, if necessary, in aid of the injunction.

1

I.    **Adversary Proceeding 24-07031 (SHL)**

1.    **Motion for Permanent Injunction**

The Debtor intends to go ahead with the motion seeking to remove and evict all squatters and unlawful occupants in apartment numbers 500, 501, 503, 602, 603, 610 (collectively, the "Original Defendants") and apartment numbers 109, 301, 306, 307, 308, 309, 313, 415, 505, 506, 605 and 607 (the "Newly Identified Unlawful Occupants").  Service was effectuated as directed by this Court's Orders dated January 29, 2025 [ECF Nos. 74 and 75], as evidenced by the affidavits of service filed by the Debtor [ECF Nos. 76 and 77].  No opposition has been filed, and none of the Original Defendants nor the Newly Identified Unlawful Occupants have complied with the Court's Order to produce documents relating to lease or occupancy rights.

II.    **Main Case No. 24-22192 (SHL)**

1.    **Plan Confirmation**

In light of fact that the auction has not yet occurred, the Debtor intends to request an adjournment of confirmation of the Plan to date following the auction sale so that the buyer is fully identified and appropriate firm dates have been set for closing.  The auction date has not yet been fixed, but the Debtor anticipates that the adjourned hearing on confirmation will be in early April, 2025.

Dated: New York, New York
      February 21, 2025

Goldberg Weprin Finkel Goldstein LLP
Attorneys for the Debtor
125 Park Avenue, 12th Floor
New York, NY 10017

By:    /s/ J. Ted Donovan